IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 06-CR-274 (FJS) |
| v. | |
| BROCK YANCEY, | STIPULATION AND ORDER FOR CONTINUANCE |
| Defendant. | |

*****************************

Lisa Peebles, Esq., the attorney for BROCK YANCEY, having moved for a continuance of sixty days within which to negotiate a disposition in the above-captioned action and Glenn T. Suddaby, United States Attorney for the Northern District of New York (Ransom P. Reynolds, Assistant U.S. Attorney, appearing) having consented to the continuance and proposed the exclusion of the sixty day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of Indictment: July 26, 2006

    b. Date of initial: August 29, 2006

    c. Defendant custody status: In custody.

    d. Detention Hearing: August 30, 2006 (Waived)

BROCK YANCEY has requested a sixty day continuance based on the following facts and circumstances:

a.  The additional time will allow for the Government to provide early discovery materials, and proffer the defendant. In addition, it will enable time for the defendant and his counsel time to review the materials and negotiate a possible disposition of the case without the need for grand jury action.

b.  Both parties have agreed that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, and the parties likewise agree that in weighing the facts and circumstances of the case against the advisory sentencing guidelines for this defendant, the above disposition best serves the interest of justice.

WE AFFIRM THE ACCURACY OF THE RECITED FACTS AND APPROVE OF AND CONSENT TO THE ENTRY OF THIS ORDER.

GLENN T. SUDDABY
United States Attorney

Dated: September 25, 2006

By: Ransom P. Reynolds
Assistant U.S. Attorney
Bar Roll No. 512035

Dated: Nov. 7, ~~September 25,~~ 2006

Lisa Peebles, Esq.
Attorney for BROCK YANCEY
Bar Roll No. 507041