IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA

v.

BROCK YANCEY,

Defendant.

*******************************

Criminal Action No.
06-CR-274 (FJS)

STIPULATION AND ORDER
FOR CONTINUANCE

## ORDER

BASED ON THESE STIPULATED FACTS AND THE FOLLOWING FINDINGS, IT IS HEREBY ORDERED:

A.    That the sixty day period from and including the date of this Order, to and including

_____ shall be excludable in computing time under the Speedy

Trial Act.  Based on the stipulated facts and findings set forth herein, the Court finds, pursuant to

18 U.S.C. § 3161(h)(8), that the ends of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial.

B.    Any pretrial motions in this case shall be filed on or before _____

and shall be made returnable on _____.

C.    The trial in this matter shall begin on _____ before Senior

United States District Court Frederick J. Scullin, Jr. in Syracuse, New York or, in the alternative, a

change of plea shall be entered on or before _____.

SO ORDERED:


_____          Date:_____
HON. FREDERICK J. SCULLIN, JR.
Senior United States Magistrate Judge